UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT ALLEN SKINNER,

    Petitioner,

v.                                    Case No.:   2:22-cv-427-JLB-KCD

STATE OF FLORIDA,

    Respondent.
_____/

### CIVIL ACTION ORDER FOR CONFINED PLAINTIFF CASES[1]

The Court enters this Civil Action Order to govern this action. Parties proceeding without a lawyer and all counsel must comply fully with this Order.

**1.**    **Disclosure Statement**

With the first appearance, each party must file a disclosure statement with the Court. *See* Rule 7.1; Local Rule 3.03. For this purpose, a template Disclosure Statement is attached. If not yet done, each party must **IMMEDIATELY** complete and file this Disclosure Statement. The failure to do so may preclude any relief being granted by the Court, including extensions of time. Each party must also complete and file, as a separate docket entry, the attached Notice of a Related Action. Notwithstanding the instruction in the Uniform Case Management Report, **a Notice**

---

[1] For cases involving incarcerated, detained, or civilly committed plaintiffs.

of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

2. **Continuing Duty to Confer and Update the Court**

After a motion is filed, and so long as it remains pending, the parties have a mutual obligation to continue to confer in good faith to narrow or resolve the issue(s) presented and promptly apprise the Court of any issue(s) resolved.

To properly discharge their Local Rule 3.01(g) obligation, movants must confer with the parties to the action and any non-party against which any relief is requested.

> "The purposeful evasion of a communication under this rule can result in a sanction." Local Rule 3.01(g).

3. **Emergency Motions**

Before filing a motion designated as an "emergency" or "time-sensitive," the movant must review Local Rule 3.01(e); *Henry v. The Fla. Bar*, No. 6:15-cv-1009-ORL-41TBS, 2015 WL 13590158 (M.D. Fla. Sept. 28, 2015); and *Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-00557-T-27EAJ, 2013 WL 12173591 (M.D. Fla. Nov. 13, 2013), and then call the assigned magistrate judge's chambers to apprise about the filing.

> "The unwarranted designation of a motion as an emergency can result in a sanction." Local Rule 3.01(e).

4. **Motions to Strike**

The Court generally disfavors motions to strike and often considers them timewasters. Before filing a motion to strike, the movant must review *Yellow Pages Photos, Inc. v. Ziplocal, LP*, No. 8:12-cv-755-T-26TBM, 2012 WL 12920185 (M.D. Fla.

Sept. 17, 2012), and *United States Sec. & Exch. Comm'n v. Spartan Sec. Grp., LTD*, No. 8:19-cv-448-T-33CPT, 2019 WL 3323477 (M.D. Fla. July 24, 2019), and then explain in the motion why the requested relief is warranted notwithstanding the rationale and authorities cited therein.

**DONE** and **ORDERED** in Fort Myers, Florida on July 15, 2022.

/s/ *Sheri Polster Chappell*
Sheri Polster Chappell
United States District Judge

/s/ *John Badalamenti*
John Badalamenti
United States District Judge

/s/ *John E. Steele*
John E. Steele
Senior United States District Judge

/s/ *Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge

/s/ *Nicholas P. Mizell*
Nicholas P. Mizell
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT ALLEN SKINNER,

    Petitioner,

v.                               Case No.:  2:22-cv-427-JLB-KCD

STATE OF FLORIDA,

    Respondent.

### RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by:[2]  Enter name(s)

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Click or tap here to enter text.

Each entity with publicly traded shares or debt potentially affected by the outcome:

Click or tap here to enter text.

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

Click or tap here to enter text.

Each person arguably eligible for restitution:

Click or tap here to enter text.

---

[2] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

Click or tap here to enter text.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____
[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]

Click or tap to enter a date.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT ALLEN SKINNER,

    Petitioner,

v.                                      Case No.:  2:22-cv-427-JLB-KCD

STATE OF FLORIDA,

    Respondent.

## NOTICE OF A RELATED ACTION[3]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.**

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

---

[3] When filing via CM/ECF, use the "Notice of pendency of related cases" event under Civil Events-Other Filings-Notices.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

_____
[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]

Click or tap to enter a date.